**\*E-FILED 01-19-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SALLY GARBUTT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ADAMARC FINANCIAL COMPANY, INC.; WELLS FARGO GANK, N.A.; WELLS FARGO HOME MORTGAGE INC.; JOHN KENNERTY; FEDERAL HOME LOAN MORTGAGE CORPORATION; DOES 1-100,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　　／ | No. C10-05338 HRL<br><br>**ORDER (1) CONTINUING MOTION HEARING; (2) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE; AND (3) DENYING AS MOOT ALL REQUESTS FOR TELEPHONIC APPEARANCE**<br><br>[Re:  Docket Nos. 14, 17] |

In view of this court's unavailability, and in the interests of judicial economy, the hearing on defendant Federal Home Loan Mortgage Corporation's motion to dismiss (Docket No. 9) is continued to **March 8, 2011, 10:00 a.m.** to coincide with the hearing on the motion to dismiss filed by defendants Wells Fargo Bank, N.A. and John Kennerty (Docket No. 10).

Additionally, the initial case management conference set for January 25, 2011 is continued to **April 12, 2011, 1:30 p.m.**  The parties Joint Case Management Statement shall be filed no later than **April 5, 2011**.  All parties who have not already done so shall file either a consent or declination to proceed before a United States Magistrate Judge by **April 5, 2011**.

All requests for telephonic appearance at the January 25, 2011 case management

1  conference are denied as moot.

2      SO ORDERED.

3  Dated:    January 19, 2011

4

5  HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

5:10-cv-05338-HRL Notice has been electronically mailed to:

Edward Rick Buell , III     erb@severson.com, klm@severson.com, kmd@severson.com

Jonah Sampson VanZandt     jvz@severson.com

Peter Joseph Salmon     psalmon@piteduncan.com

Stephen Conrad Ruehmann     ruehmannlaw@yahoo.com

Thomas Nathaniel Abbott     tabbott@piteduncan.com, mwhaley@piteduncan.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.