*E-FILED 03-09-2011*

Stephen C. Ruehmann, Esq. (167533)
**RUEHMANN LAW FIRM, P.C.**
9580 Oak Avenue Parkway, Suite 15
Folsom, CA 95630
Tel: (916) 988-8001
Fax: (916) 988-8002

Attorney for Plaintiff,
SALLY GARBUTT

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**
**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| SALLY GARBUTT, | ) Case No.: 5:10-cv-05338-HRL |
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE** |
| v. | ) |
| ADAMARC FINANCIAL COMPANY, INC.; WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE, INC.; JOHN KENNERTY; FEDERAL HOME LOAN MORTGAGE CORPORATION; and DOES 1-100, inclusive, | ) **[Re: Docket No. 28]** |
| Defendants. | ) |

The undersigned Plaintiff and Defendants WELLS FARGO BANK N.A., JOHN KENNERTY and FEDERAL HOME LOAN MORTGAGE CORPORATION hereby stipulate that the Notice of Motion and Motion to Dismiss Hearings set for April 19, 2011 at 10:00 AM in Courtroom2, 5th Floor (Docket Nos. 23 and 27) be continued 7 days to April 26, 2011 at 10:00 AM.

/ / /

/ / /

/ / /

1
STIPULATION & [PROPOSED] ORDER TO CONTINUE HEARING DATE

STIPULATED AND AGREED:
Dated:  March 8, 2011                    RUEHMANN LAW FIRM, P.C.


                                         /s/ Stephen C. Ruehmann_____
                                         Stephen C. Ruehmann
                                         Attorney for Plaintiff
                                         SALLY GARBUTT



Dated: March 8, 2011                     SEVERSON & WERSON
                                         A Professional Corporation


                                         /s/ Jonah S. Van Zandt_____
                                         Johan S. Van Zandt
                                         Attorney for Defendants
                                         WELLS FARGO BANK, N.A. (on behalf of itself
                                         and its division of Wells Fargo Home Mortgage
                                         sued incorrectly as "WELLS FARGO HOME
                                         MORTGAGE, INC.") and JOHN KENNERTY


Dated: March 8, 2011                     PITE DUNCAN, LLP


                                         /s/ Thomas N. Abbott_____
                                         Thomas N. Abbott
                                         William L. Patridge
                                         Attorneys for Defendant
                                         FEDERAL HOME LOAN MORTGAGE
                                         CORPORATION

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Hearings on the Motion to Dismiss the First Amended Complaint by Defendants WELLS FARGO BANK, N.A., JOHN KENNERTY and FEDERAL HOME LOAN MORTGAGE CORPORATION (Docket Nos. 23 and 27) are moved from April 19, 2011 to April 26, 2011 at 10:00 AM in Courtroom 2, 5th Floor.

Dated: March 9, 2011

IT IS SO ORDERED.

_____
Magistrate Judge Howard R. Lloyd
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA