*E-FILED 03-14-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SALLY GARBUTT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ADAMARC FINANCIAL COMPANY, INC.; WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE, INC.; JOHN KENNERTY; FEDERAL HOME MORTGAGE CORPORATION; and DOES 1-100, inclusive,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C10-05338 HRL<br><br>**INTERIM ORDER RE PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW** |

Attorney Stephen Ruehmann moves for permission to withdraw as plaintiff's counsel of record. No later than March 18, 2011, he shall file a proof of service (or other appropriate documentation) with the court confirming that plaintiff has been given reasonable advance written notice of his intent to seek to withdraw. See CIV. L.R. 11-5(a) ("Counsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case.").

SO ORDERED.

Dated:　March 14, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-05338-HRL Notice has been electronically mailed to:

2  Edward Rick Buell , III     erb@severson.com, klm@severson.com, kmd@severson.com

3  Jonah Sampson VanZandt     jvz@severson.com, adt@severson.com

4  Peter Joseph Salmon     psalmon@piteduncan.com

5  Stephen Conrad Ruehmann     ruehmannlaw@yahoo.com

6  Thomas Nathaniel Abbott     tabbott@piteduncan.com, mwhaley@piteduncan.com

7  William Lindsay Partridge     wpartridge@piteduncan.com

8  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.