**\*E-FILED 05-27-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SALLY GARBUTT,<br><br>    Plaintiff,<br><br>  v.<br><br>ADAMARC FINANCIAL COMPANY, INC.; WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE, INC.; JOHN KENNERTY; FEDERAL HOME MORTGAGE CORPORATION; and DOES 1-100, inclusive,<br><br>    Defendants.<br>_____/ | No. C10-05338 HRL<br><br>**ORDER (1) VACATING MOTION HEARING; AND (2) DENYING AS MOOT MOTION FOR TELEPHONIC APPEARANCE**<br><br>[Re:  Docket No. 36] |

Defendants' motions to dismiss (Docket Nos. 23 and 27) are deemed suitable for determination without oral argument, and the May 31, 2011 motion hearing is vacated. CIV. L.R. 7-1(b). Defendant Federal Home Loan Mortgage Corporation's request for telephonic appearance is denied as moot.

SO ORDERED.

Dated:   May 27, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-05338-HRL Notice has been electronically mailed to:

2  Edward Rick Buell , III    erb@severson.com, klm@severson.com, kmd@severson.com

3  Jonah Sampson VanZandt    jvz@severson.com, adt@severson.com

4  Peter Joseph Salmon    psalmon@piteduncan.com

5  Stephen Conrad Ruehmann    ruehmannlaw@yahoo.com

6  Thomas Nathaniel Abbott    tabbott@piteduncan.com, mwhaley@piteduncan.com

7  William Lindsay Partridge    wpartridge@piteduncan.com

8  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

10  5:10-cv-05338-HRL Notice mailed to:

11  Sally Garbutt
    1117A Reed Avenue
12  Sunnyvale, CA 94086

13      Pro Se Plaintiff

2